```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 08 B 06254
   MAURICE MARTIN
   LYNETTE MARTIN                                 CHAPTER 13

                                                  JUDGE: JACK B SCHMETTERER
             Debtor
   SSN XXX-XX-4211     SSN XXX-XX-9766

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 03/17/2008 and was not confirmed.

      The case was dismissed without confirmation 09/03/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
--------------------------------------------------------------------------
OPTION ONE MORTGAGE        NOTICE ONLY     NOT FILED            .00             .00
ADT                        UNSECURED       NOT FILED            .00             .00
APPLIED BANK CARD          UNSECURED       NOT FILED            .00             .00
AT & T                     UNSECURED       NOT FILED            .00             .00
AT&T                       NOTICE ONLY     NOT FILED            .00             .00
CHASE HOME FINANCE         NOTICE ONLY     NOT FILED            .00             .00
CHICAGO DEPT OF REVENUE    NOTICE ONLY     NOT FILED            .00             .00
CITY OF CHICAGO WATER DE   UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO PARKING    NOTICE ONLY     NOT FILED            .00             .00
CITY OF CHICAGO PARKING    UNSECURED          115.81            .00             .00
COLUMBIA HOUSE             UNSECURED       NOT FILED            .00             .00
COMMONWEALTH EDISON        UNSECURED         3040.59            .00             .00
DEUTCSHE BANK NATIONAL T   UNSECURED       NOT FILED            .00             .00
DISH NETWORK               UNSECURED       NOT FILED            .00             .00
EASY TO BANK EASY TO MAK   UNSECURED       NOT FILED            .00             .00
PREMIER BANKCARD           UNSECURED          436.24            .00             .00
FIRST PREMIER BANK         NOTICE ONLY     NOT FILED            .00             .00
PAY DAY LOAN STORE         UNSECURED       NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED         1805.16            .00             .00
PREMIER BANKCARD SERVICE   NOTICE ONLY     NOT FILED            .00             .00
SILK ENT                   UNSECURED       NOT FILED            .00             .00
SILK ENT                   UNSECURED       NOT FILED            .00             .00
T MOBILE USA INC           UNSECURED       NOT FILED            .00             .00
T MOBILE USA INC           NOTICE ONLY     NOT FILED            .00             .00
ER SOLUTIONS INC           UNSECURED          449.88            .00             .00
WASHINGTON MUTUAL          NOTICE ONLY     NOT FILED            .00             .00
AMERICAN GENERAL FINANCE   SECURED            8670.00           .00             .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC   15926.95             .00         1910.00
AMERICREDIT FINANCIAL SV   UNSECURED       NOT FILED            .00             .00
CHASE HOME FINANCE         NOTICE ONLY     NOT FILED            .00             .00
CITY OF CHICAGO WATER DE   SECURED            125.00            .00          125.00
COOK COUNTY TREASURER      SECURED           1148.16            .00          250.00
FRANK SKRTIC               SECURED          13500.00            .00             .00
AMERICAN HOME MTG          CURRENT MORTG        .00             .00             .00
AMERICAN HOME MTG          MORTGAGE ARRE        .00             .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 06254 MAURICE MARTIN & LYNETTE MARTIN
```

```
OPTION ONE MORTGAGE        NOTICE ONLY    NOT FILED           .00          .00
PAY DAY LOAN STORE         SECURED NOT I  NOT FILED           .00       150.00
WELLS FARGO                NOTICE ONLY    NOT FILED           .00          .00
CHASE HOME FINANCE         NOTICE ONLY    NOT FILED           .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        211.79            .00          .00
FRANK SKRTIC               UNSECURED      13507.00            .00          .00
AMERICAN GENERAL FINANCE   UNSECURED       2047.09            .00          .00
STEFANS STEFANS & STEFAN   DEBTOR ATTY        .00                           .00
TOM VAUGHN                 TRUSTEE                                       211.74
DEBTOR REFUND              REFUND                                        653.26

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                3,300.00

PRIORITY                                          .00
SECURED                                      2,435.00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           211.74
DEBTOR REFUND                                  653.26
                       ---------------    ---------------
TOTALS                 3,300.00              3,300.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 12/22/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE